# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# SHREVEPORT DIVISION

| | |
|---|---|
| **CHRISTOPHER MACE** | **CIVIL ACTION NO. 22-1559-P** |
| **VERSUS** | **JUDGE HICKS** |
| **DUSTY WILLIAMS, ET AL.** | **MAGISTRATE JUDGE HORNSBY** |

## ORDER

For the reasons assigned in the Report and Recommendation (Record Document 27) of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, and noting the lack of written objections filed by Plaintiff and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that the Motion to Show Cause, the Motion for Temporary Restraining Order, and the Motion for Preliminary Injunction (Record Document 10) are **DENIED AS MOOT.**

**THUS DONE AND SIGNED** at Shreveport, Louisiana, this 10th day of March, 2023.

_____
S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE