# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# SHREVEPORT DIVISION

| | |
|---|---|
| **CHRISTOPHER MACE #707249** | **CIVIL ACTION NO. 22-1559 SEC P** |
| **VERSUS** | **JUDGE EDWARDS** |
| **DUSTY WILLIAMS ET AL** | **MAGISTRATE JUDGE HORNSBY** |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein (R. Doc. 32), noting no objection thereto, and having determined that the Magistrate Judge's findings and recommendation are correct under the applicable law;

**IT IS HEREBY ORDERED** that Plaintiff's civil rights claims regarding his property, legal access, medical treatment, medical fee, privacy, legal mail, conditions of confinement, visitation, administrative remedy procedure, and television be **DISMISSED WITH PREJUDICE** as frivolous.

**IT IS FURTHER ORDERED** that Plaintiff's conclusory claims be **DISMISSED WITH PREJUDICE** for failure to state a claim upon which relief may be granted pursuant to 28 U.S.C. §1915(e)(2)(B)(i) and (ii).

**IT IS FURTHER ORDERED** that Plaintiff's retaliation claims beginning June 22, 2022 be **DISMISSED WITHOUT PREJUDICE** for failure to exhaust administrative remedies pursuant to 42 U.S.C. §1997e(a).

**THUS DONE AND SIGNED** in Chambers this 28th day of August, 2025.

_____
**JUDGE JERRY EDWARDS, JR.**
**UNITED STATES DISTRICT COURT**